IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-01573-CMA-NYW

ELOY TRUJILLO,

    Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.  *a/k/a* Chase Bank USA, N.A., *a/k/a* J.P. Morgan Chase National Corporate Services, Inc.,
EQUIFAX INFORMATION SERVICES LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.
_____

**ORDER GRANTING MOTION TO DISMISS
DEFENDANT CHASE WITH PREJUDICE**
_____

    This matter is before the Court on the parties' Motion to Dismiss Defendant Chase With Prejudice (Doc. #32).  The Court has reviewed the Motion and ORDERS as follows:

    Defendant JP Morgan Chase Bank, N.A, *a/k/a* Chase Bank USA, N.A., a/k/a J.P. Morgan Chase National Corporate Services, Inc. is hereby DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that each party shall pay their own costs, attorneys' fees, and expenses. It is

    FURTHER ORDERED that the caption on all subsequent filings shall reflect the

removal of Defendant JP Morgan Chase Bank, N.A, *a/k/a* Chase Bank USA, N.A., a/k/a J.P. Morgan Chase National Corporate Services, Inc. as a Defendant in this case.

DATED: October 2, 2017

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge