IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-01573-CMA-NYW

ELOY TRUJILLO,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC

    Defendants.
_____

ORDER ON STIPULATION TO
DISMISS WITH PREJUDICE DEFENDANT EQUIFAX
_____

    This matter is before the Court on parties' Stipulation to Dismiss With Prejudice Defendant Equifax Pursuant to F.R.C.P. 41(a)(2) (Doc. #34). The Court has reviewed the Motion and ORDERS as follows:

    Defendant Equifax Information Services, LLC is hereby DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that each party shall pay their own costs, attorneys' fees, and expenses. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Equifax Information Services, LLC as a Defendant in this case.

DATED: November 9, 2017

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge