IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-01573-CMA-NYW

ELOY TRUJILLO,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

_____

**ORDER ON STIPULATION TO
DISMISS WITH PREJUDICE DEFENDANT EXPERIAN**
_____

    This matter is before the Court on parties' Stipulation to Dismiss With Prejudice Defendant Experian Information Solutions, Inc. (Doc. #36). The Court has reviewed the Stipulation and ORDERS as follows:

    Defendant Experian Information Solutions, Inc. is hereby DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that each party shall pay their own costs, attorneys' fees, and expenses. It is

    FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Experian Information Solutions, Inc. as a Defendant in this case.

    DATED: November 28, 2017

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge